UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
NOV 16 2005
Property of U.S. District Court
District of Rhode Island

C.A. No. 05-421S

MICHAEL P. BREEN :
:
VS. :
:
ECOLOGICAL FIBERS, INC. :

**STIPULATION**

The defendant, Ecological Fibers, Inc., shall have up to and including November 11, 2005 to respond to plaintiff's complaint.

MICHAEL P. BREEN,
By his attorney,

Richard A. Sinapi, Esquire (#2977)
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920
(401) 944-9690
Fax: (401) 943-9040