AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF
RHODE ISLAND

MICHAEL P. BREEN

vs.

ECOLOGICAL FIBERS, INC.

## APPEARANCE

CASE NUMBER: 05-421S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for **ECOLOGICAL FIBERS, INC.**

November 14, 2005
*Date*

[signature] Mark T. Reynolds
*Signature*

Mark T. Reynolds, Esquire #4764
*Print Name*
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
*Address*

Providence, RI 02903
*City* *State* *Zip Code*

(401) 861-5522 Fax 401 331-4861
*Phone Number*