UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL P. BREEN | : | |
| | : | |
| vs. | : | C.A. No. 05-421S |
| | : | |
| ECOLOGICAL FIBERS, INC. | : | |

ANSWER

FIRST DEFENSE

The defendant, Ecological Fibers, Inc., is without sufficient information to admit or deny the allegations of paragraph 1 of the plaintiff's complaint but leaves the plaintiff to his proof thereof.

SECOND DEFENSE

The defendant, Ecological Fibers, Inc., admits the allegations of paragraphs 2, 3 and 4 of the plaintiff's complaint.

THIRD DEFENSE

The defendant, Ecological Fibers, Inc., neither admits nor denies the allegations of paragraphs 5, 6, 11, 12, and 14 of the plaintiff's complaint as they are allegations of the law to which no response is required.

The defendant, Ecological Fibers, Inc., further admits that it employed the plaintiff, Michael P. Breen, as an Assistant Plant Engineer from June 5, 2000 until October 15, 2004 when his position was eliminated. The defendant paid plaintiff a salary, and the plaintiff was not paid overtime compensation for any hours worked over 40 in any given work week.

FOURTH DEFENSE

The defendant, Ecological Fibers, Inc., denies each and every other allegation of the plaintiff's complaint.

FIRST AFFIRMATIVE DEFENSE

The plaintiff's claims are barred in whole or in part by the applicable statute of limitations.

SECOND AFFIRMATIVE DEFENSE

The plaintiff was employed in a bona fide executive, administrative, or professional capacity and, therefore, the defendant is exempt from the requirements of 29 USC § 207.

THIRD AFFIRMATIVE DEFENSE

Count III of the plaintiff's complaint fails to state a claim upon which relief can be granted.

FOURTH AFFIRMATIVE DEFENSE

This Honorable Court lacks subject matter jurisdiction with respect to Count III of the plaintiff's complaint.

FIFTH AFFIRMATIVE DEFENSE

The defendant asserts the defense of laches.

SIXTH AFFIRMATIVE DEFENSE

The plaintiff's complaint fails to state a claim for which punitive damages can be awarded.

ECOLOGICAL FIBERS, INC.
By its attorney,

Mark T. Reynolds, Esquire #4764
REYNOLDS, DeMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

THE DEFENDANT, ECOLOGICAL FIBERS, INC., HEREBY DEMANDS A TRIAL BY JURY.

Mark T. Reynolds, Esquire #4764

I hereby certify that on the 14th day of November, 2005, I mailed a copy of the within to Gregory A. Mancini, Esquire, SINAPI, FORMISANO & COMPANY, LTD., 100 Midway Place, Suite 1, Cranston, RI 02920.