RECEIVED
MAY 4 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL P. BREEN :
:
vs. : C.A. No. 05-421S
:
ECOLOGICAL FIBERS, INC. :

STIPULATION

It is hereby agreed to by the parties in the within matter that the following entry be made:

That the plaintiff's complaint is dismissed with prejudice, no interest, no costs.

Gregory A. Mancini, Esquire #5740
*Attorney for Plaintiff*
SINAPI, FORMISANO & COMPANY, LTD.
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
Fax: (401) 943-9040

Mark T. Reynolds, Esquire #4764
*Attorney for Defendant*
REYNOLDS, DeMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

DATED: May 4, 2006

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 5/5/06